THE PEOPLE OF THE STATE OF NEW YORK, Appellant, v. IRENE CLARKE,

Respondent.— Appeal by the People from an order of the Rensselaer County Court dismissing an indictment found against the defendant for the crime of manslaughter, first degree. The chief issue involved is whether the evidence before the grand jury was sufficient to sustain the indictment. We think that it was sufficient. Order reversed on the law and facts and indictment reinstated. All concur.